No. 90–5024.  SEENEY v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 90–5025.  SCROGGINS v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 90–5026.  ROSAS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–5028.  STOIANOFF v. NEW AMERICAN LIBRARY ET AL. Ct. App. N. Y.  Certiorari denied.

No. 90–5030.  TAYLOR v. CUMBERLAND COUNTY DISTRICT ATTORNEY'S OFFICE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–5031.  CURTIS ENRIQUE T. v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 90–5033.  HERNANDEZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 90–5034.  KEYS v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 90–5035.  HOLLAND v. SOWDERS ET AL.  C. A. 6th Cir. Certiorari denied.

No. 90–5036.  JAAKKOLA v. SNYDER ET AL.  C. A. 6th Cir. Certiorari denied.

No. 90–5037.  BYRUM ET AL. v. GRIMES ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 90–5038.  WHITNEY v. UNITED STATES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–5039.  STINYARD v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 90–5040.  VALENCIA v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–5041.  RUBIO v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.